IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMIE R. ANDERSON, | ) | 1:09cv0870 DLB |
| | ) | |
| | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Plaintiff, | ) | (Doc. 15) |
| | ) | |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation to dismiss filed on January 14, 2010, this action is DISMISSED WITH PREJUDICE.  The parties shall bear their own costs and expenses, including but not limited to attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:   **January 15, 2010**                    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1